# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BERNARD BANKS, | : | No. 366 MAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Published Opinion and Order** of |
| v. | : | the Commonwealth Court at No. 1452 |
| | : | CD 2015, at 136 A.3d 1102 (Pa. |
| | : | Cmwlth. 2016) entered on April 27, |
| PENNSYLVANIA BOARD OF | : | 2016, **vacating and remanding** the |
| PROBATION AND PAROLE, | : | Decision of the Board of Probation & |
| | : | Parole at Nos. Inmate No. HM0360 and |
| Petitioner | : | Parole No. 612EM entered on July 14, |
| | : | 2015 |

## ORDER

**PER CURIAM**                                    **DECIDED:  November 29, 2017**


**AND NOW**, this 29th day of November, 2017, the Petition for Allowance of Appeal is **GRANTED**, the order of the Commonwealth Court, No. 1452 CD 2015, 136 A.3d 1102, filed April 27, 2016, is **VACATED**, and the case is **REMANDED** to the Commonwealth Court for further proceedings in light of *Smith v. Pa Board of Probation and Parole*, 2017 WL 4655306 (Pa. Oct. 18, 2017).